45318. HOWELL et al. v. UNITED STATES FIRE INSURANCE COMPANY.
45319. WILSON et al. v. UNITED STATES FIRE INSURANCE COMPANY.
45320. AIR CARRIERS EXPRESS SERVICES, INC. et al. v. UNITED STATES FIRE INSURANCE COMPANY.
(370 SE2d 488)

PER CURIAM.

After plenary consideration of this matter (*Howell v. U. S. Fire Ins. Co.,* 185 Ga. App. 154 (363 SE2d 560) (1987)), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur.*

DECIDED MAY 4, 1988 —
RECONSIDERATION DENIED JUNE 22, 1988.

*Fortson & White, John A. Howard, Gorby, Reeves, Moraitakis & Whiteman, Nicholas C. Moraitakis, Lanham & McGehee, William C. Lanham, Brown, Katz, Flatau & Hasty, S. Phillip Brown,* for Howell et al.
*Lowendick, Sligh & Presmanes, Gregory T. Presmanes,* for Wilson et al.
*Moffett & Henderson, F. Glenn Moffett, Jr., L. Prentice Eager III,* for Air Carriers et al.

*Mozley, Finlayson & Loggins, Sewell K. Loggins,* for appellee.